800. ALBANY & NORTHERN RAILWAY COMPANY *v.* WHEELER.

POWELL, J. A railroad company is bound to use only ordinary care and diligence to prevent the communication of sparks from its locomotives. An instruction which is fairly susceptible to the criticism that it tended to mislead the jury into believing that the railway company was required to have its locomotives equipped with a spark-arrester "of the latest approved pattern in general use" is erroneous. In the case at bar, the state of the pleadings and the charge, taken as a whole, do not, as they did in the case of *Alabama Midland Ry. Co.* v. *Guilford*, 119 *Ga.* 526 (46 S. E. 655), render the error harmless. See *Atlanta & Birmingham Air-Line Railway* v. *McManus*, 1 *Ga. App.* 303 (5 a), 307 (58 S. E. 258), and cases therein cited.

                    *Judgment reversed.*

Action for damages, from city court of Cordele—Judge Strozier. September 27, 1907.

Argued December 18, 1907.—Decided January 15, 1908.

*Lane, Maynard & Hooper, W. H. McKenzie,* for plaintiff in error.

*Crum & Jones,* contra.